■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE TIRADO, Appellant.—

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find it legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]). While the trial court should not have departed from the statutory language in delivering a "no inference" charge *(see, People v McLucas,* 15 NY2d 167, 171; *People v Morris,* 129 AD2d 591), the charge delivered in this case was "not so extensive as to draw the jury's attention to the issue" *(People v Baker,* 153 AD2d 865; *see also, People v Brown,* 150 AD2d 472, 473; *People v Davidson,* 150 AD2d 717).

We have examined the defendant's remaining contentions and find them to be without merit *(see also, People v White,* 158 AD2d 565 [decided herewith]). Mollen, P. J., Bracken, Brown and Rosenblatt, JJ., concur.